# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **DON WAYNE McKINNEY,** | ) |
| Plaintiff, | ) Case No. 2:10CV00061 |
| v. | ) **ORDER** |
| **COMMONWEALTH OF VIRGINIA, ET AL.,** | ) By: James P. Jones<br>) United States District Judge |
| Defendants. | ) |

For the reasons stated in the Opinion accompanying this Order, it is **ORDERED** as follows:

1. The plaintiff's petition seeking to file his complaint in forma pauperis is GRANTED;

2. The plaintiff's complaint is DISMISSED without prejudice; and

3. The clerk shall close the case.

ENTER: August 30, 2010

/s/ JAMES P. JONES
United States District Judge